Daniel LYNCH and Judith O. Lynch, Plaintiffs-Appellants-Cross-Respondents-Petitioners,†

v.

CARRIAGE RIDGE, LLC, Defendant-Respondent,

Thomas F. BUNBURY and Ronald T. Restaino, Defendants-Respondents-Cross-Appellants-Cross Petitioners.

Supreme Court

*No. 02–0528. Oral argument April 29, 2004.—Decided May 18, 2004.*

2004 WI 53

(Also reported in 679 N.W.2d 514.)

---

† Motion for Reconsideration denied 6-22-04.

For the plaintiffs-appellants-cross-respondents-petitioners there were briefs by *Gary A. Ahrens, Christine Cooney Mansour* and *Michael Best & Friedrich, LLP,* Milwaukee, and oral argument by *Gary A. Ahrens.*

For the defendants-respondents-cross-appellants-cross petitioners there were briefs by *Brian E. Butler, Michelle M. Affatati* and *Stafford Rosenbaum LLP,* Madison, and oral argument by *Brian E. Butler.*

For the defendant-respondent there was a brief by *Terry E. Johnson, Maria D. Sanders* and *Peterson, Johnson & Murray, S.C.,* Milwaukee.

¶ 1 PER CURIAM. The court is equally divided on the question of whether the decision of the court of appeals, *Lynch v. Carriage Ridge,* unpublished per curiam op. (Wis. Ct. App. July 24, 2003), should be affirmed or reversed. Chief Justice SHIRLEY S. ABRAHAMSON, Justice ANN WALSH BRADLEY, and Justice DAVID T. PROSSER would affirm; Justice JON P. WILCOX, Justice N. PATRICK CROOKS, and Justice DIANE S. SYKES would reverse. Justice PATIENCE D. ROGGENSACK did not participate.

¶ 2. Accordingly, the decision of the court of appeals is affirmed.